## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

UNITED STATES, THE STATES OF
CALIFORNIA, DELAWARE, FLORIDA,
ILLINOIS, INDIANA, NEVADA, NEW
MEXICO, NEW YORK, and TENNESSEE, THE
COMMONWEALTHS OF MASSACHUSETTS
AND VIRGINIA, and THE DISTRICT OF
COLUMBIA ex rel. JOHN HENDRIX,

Plaintiffs,

v.

J-M MANUFACTURING COMPANY, INC.,
d/b/a/ JM Eagle, a Delaware Corporation, and
FORMOSA PLASTICS CORPORATION, U.S.A.,
a Delaware Corporation

Defendants.

Civil Action No. 1:11-cv-01691-MSK -MJW

Pending in the United States District Court for
the Central District of California

Honorable George H. Wu, U.S.D.J

CA Case No.: ED CV06-00055-GW

( Docket No 19 )

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

THE COURT, having reviewed the Motion to Withdraw Appearances submitted by
Bryan D. Daly and Charles L. Kreindler of Sheppard Mullin Richter & Hampton LLP,
*The motion is Granted And*

HEREBY ORDERS that Bryan D. Daly and Charles L. Kreindler of Sheppard Mullin
Richter & Hampton LLP are permitted to withdraw as counsel for Defendant J-M Manufacturing
Company Inc. in the proceedings pending before this Court.

DONE this ___ day of August, 2011.

DATED: August 2, 2011

*The Clerk of Court shall Remove Bryan D Daly And Charles L. Kreindler From The cm/ECF Electronic Notice List.*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO