IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01691-MSK-MJW

UNITED STATES,
THE STATES OF
CALIFORNIA,
DELAWARE,
FLORIDA,
ILLINOIS,
INDIANA,
NEVADA,
NEW MEXICO,
NEW YORK,
TENNESSEE,
THE COMMONWEALTHS OF
MASSACHUSETTS AND VIRGINIA, and
THE DISTRICT OF COLUMBIA,
ex rel. JOHN HENDRIX,

Plaintiffs,

vs.

J-M MANUFACTURING COMPANY INC., d/b/a JM Eagle, a Delaware corporation, and
FORMOSA PLASTICS CORPORATION, USA, a Delaware corporation,

Defendant

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Attorney Anthony N. Moshirnia's Motion to Withdraw Appearance (docket no. 22) is GRANTED finding good cause shown.  Attorney Anthony N. Moshirnia is WITHDRAWN as counsel of record for Defendant J-M Manufacturing Company, Inc., a Delaware corporation d/b/a JM Eagle.  The Clerk of Court shall remove Mr. Moshirnia from the CM/ECF Electronic Notice List.  Defendant J-M Manufacturing Company, Inc., a Delaware corporation d/b/a JM Eagle shall continue to be represented by William F. Sullivan, Esquire.

Date:   August 15, 2011