IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01691-MSK-MJW

UNITED STATES,
THE STATES OF
CALIFORNIA,
DELAWARE,
FLORIDA,
ILLINOIS,
INDIANA,
NEVADA,
NEW MEXICO,
NEW YORK,
TENNESSEE,
THE COMMONWEALTHS OF
MASSACHUSETTS AND VIRGINIA, and
THE DISTRICT OF COLUMBIA,
ex rel. JOHN HENDRIX,

Plaintiffs,

vs.

J-M MANUFACTURING COMPANY INC., d/b/a JM Eagle, a Delaware corporation, and
FORMOSA PLASTICS CORPORATION, USA, a Delaware corporation,

Defendant

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the ***Unopposed Motion to Move the Hearing on Plaintiffs' Motions to Quash J-M Manufacturing's Subpoenas Issued to Non-Party Microbac Laboratories, Inc. From November 3, 2011 to November 15, 2011***, DN 38, filed with the Court on November 1, 2011, is GRANTED.   The Motion Conference set before Magistrate Judge Watanabe on November 3, 2011, at 10:30 a.m., is VACATED and is RESET on November 15, 2011, at 10:00 a.m., (Mountain Time) in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

Date:   November 1, 2011