# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-01691-MSK-MJW            FTR - Courtroom A-502

**Date:**   November 15, 2011                          Courtroom Deputy, Ellen E. Miller

<ins>Parties</ins>                                                      <ins>Counsel</ins>

UNITED STATES OF AMERICA,
THE STATES OF CALIFORNIA,                              Brent N. Rushforth
DELAWARE,
FLORIDA,
ILLINOIS,
INDIANA,
NEVADA,
NEW MEXICO,
NEW YORK, and
TENNESSEE,
THE COMMONWEALTHS OF MASSACHUSETTS,
 and
VIRGINIA, and
THE DISTRICT OF COLUMBIA,
*ex rel.* JOHN HENDRIX,

     Plaintiff(s),

v.

J-M MANUFACTURING COMPANY, INC.,                       Paul S. Chan
d/b/a JM EAGLE,   and                                  Vince Farhat
FORMOSA PLASTICS CORPORATION, U.S.A.,

     Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS   HEARING**
**Court in Session:**   10:16 a.m.
Court calls case.  Appearances of counsel.  Appearing by telephone are Howard Daniels, Stuart M. Rennert, and Jonathan Handler.

The Court raises the Motion to Withdraw Appearance of William F. Sullivan for Defendant J-M Manufacturing Company, Inc.  for argument.  With no objections to the motion,

**It is ORDERED:**     Defendant J-M Manufacturing Company, Inc.'s MOTION TO WITHDRAW APPEARANCE [Docket No. **40**, filed November 09, 2011] is **GRANTED** for reasons as set forth on the record.  **William F. Sullivan** is withdrawn

                as attorney of record in this civil action; Paul S. Chan continues to represent this defendant.   The Clerk of the Court shall remove William F. Sullivan from electronic notice in this case.

The Court raises [1]  Plaintiffs' Motion to Quash the Subpoena Issued by Defendant J-M Manufacturing Company, Inc., to Non-Party Microbac Laboratories, Inc. and  [7]  Plaintiffs' Motion to Quash the July 1, 2011 Subpoena Issued by Defendant J-M Manufacturing Company, Inc., to Non-Party Microbac Laboratories, Inc.  for argument.

Arguments by Mr. Rushforth, Mr. Chan, and Mr. Farhat.

**It is ORDERED:**    Plaintiffs *ex rel.*  John Hendrix shall have up to and including **NOVEMBER 18, 2011** within which to submit to Magistrate Judge Watanabe's chambers a copy of the contested records relating to the test results, for *in camera*  inspection.

**It is ORDERED:**    Plaintiffs' Motion to Quash the Subpoena Issued by Defendant J-M Manufacturing Company, Inc., to Non-Party Microbac Laboratories, Inc. [Docket No. **1**, Filed June 28, 2011] is **TAKEN  UNDER  ADVISEMENT.**   The court will issue its written Order.

**It is ORDERED:**    Plaintiffs' Motion to Quash the July 1, 2011 Subpoena Issued by Defendant J-M Manufacturing Company, Inc., to Non-Party Microbac Laboratories, Inc. [Docket No. **7**, Filed July 22, 2011] is **TAKEN  UNDER  ADVISEMENT.**   The court will issue its written Order.

Hearing concluded.
**Court in recess:**    10:56   a.m.
Total In-Court Time 00:40

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.