## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES, THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, NEVADA, NEW MEXICO, NEW YORK, and TENNESSEE, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, and THE DISTRICT OF COLUMBIA ex rel. JOHN HENDRIX, <br><br> Plaintiffs, <br><br> v. <br><br> J-M MANUFACTURING COMPANY, INC., d/b/a JM Eagle, a Delaware corporation, and FORMOSA PLASTICS CORPORATION, U.S.A., a Delaware Corporation, <br><br> Defendants. | Civil Action No. 1:11-cv-01691-MSK-MJW <br><br> Pending in the United States District Court for the Central District of California <br><br> Honorable George H. Wu, U.S.D.J. <br><br> CA Case No.: ED CV06-00055-GW |

### ORDER GRANTING *QUI TAM* PLAINTIFF'S MOTION FOR EXPEDITED ORDER STAYING MAGISTRATE JUDGE'S NOVEMBER 30, 2011 DISCOVERY ORDER PENDING RULING ON MOTION FOR RECONSIDERATION AND SUBSEQUENT DISPOSITION BY THE DISTRICT COURT

(Docket No. 55)

The Court, having duly considered *qui tam* Plaintiff John Hendrix's Motion For Expedited Order Staying Magistrate Judge's November 30, 2011 Discovery Order, which requires non-party Microbac Laboratories, Inc. ("Microbac") to provide the test report dated November 2, 2009 (the "test report") to defendant J-M Manufacturing Company, Inc. on or before December 20, 2011, and good cause appearing,

**HEREBY ORDERS THAT**:

The Magistrate Judge's November 30, 2011 Order directing Microbac to turn over the test report on or before December 20, 2011 is stayed pending the Magistrate Judge's decision on the Motion for Reconsideration. Should the Magistrate Judge deny the Motion for

Reconsideration, the stay shall remain in effect until this Court rules on any objections filed with this Court arising from the November 30, 2011 Order.

**IT IS SO ORDERED.**

Dated: December 20, 2011           By: /s/ Michael J. Watanabe
                                   MICHAEL J. WATANABE
                                   U.S. MAGISTRATE JUDGE
                                   DISTRICT OF COLORADO